IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:23-CV-24236-BB

JANE DOE, INDIVIDUALLY,

    Plaintiff,

v.

NORWEGIAN CRUISE LINES, LTD,
A Bermuda Company; NORWEGIAN
CRUISE LINE, doing business in Florida;
KHALED MOHAMMED KHALED, dba
Event promoter; ALMIGHTY PROTECTION
SERVICES; JOGN ROE; and individual,
And ROES 1 to 50, Inclusive,

    Defendants,
_____/

## MEDIATOR'S REPORT

Laura Bonn, Esq., the undersigned Certified Mediator, reports to this Honorable Court as follows:

The Mediation was held virtually on **August 29, 2024 @ 10:30 A.M.**

_____ AN AGREEMENT WAS REACHED.

_____ The Agreement is attached with consent of the parties.

✓ NO AGREEMENT WAS REACHED; IMPASSE.

_____ The parties wish to continue settlement negotiations and may reconvene for a continuation of the Mediation. Notice of the continuation shall be provided to the parties and filed with the Court. If no Notice of an agreement is filed with the Court on or before ___/___/___, then this matter shall be deemed at an impasse.

_____ Other: _____

_____

_____
Laura Bonn, Esq., Florida Bar No. 244759
MF#: LB-15635