UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case No. 23-cv-24236-BLOOM/TORRES

JANE DOE,

    Plaintiff,

v.

NORWEGIAN CRUISE LINES, LTD, a Bermuda Company; NORWEGIAN CRUISE LINE, doing business in Florida; KHALED MOHAMMED KHALED, an individual; ALMIGHTY PROTECTION SERVICES; JOHN ROE, an individual, and ROES 1 to 50, Inclusive,

    Defendants.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff and Defendant, Norwegian Cruise Lines, Ltd. d/b/a Norwegian Cruise Line ("Norwegian"), jointly notify this Court that the parties reached a confidential settlement and all pending claims between Plaintiff and Norwegian have been settled. The parties request sixty (60) days to finalize settlement documents and file their Joint Stipulation of Dismissal. The parties further request that this Court retain jurisdiction to enforce the parties' settlement agreement.

Respectfully submitted,

MASE SEITZ BRIGGS, P.A.
*Attorneys for Norwegian Cruise Line, Ltd.*
2601 South Bayshore Drive, Suite 800
Miami, Florida 33133
Telephone    (305) 377-3770
Facsimile:    (305) 377-0080

By: */s/ William R. Seitz*
    WILLIAM R. SEITZ
    Florida Bar No. 73928

CASE NO.: 23-cv-24236-BB

wseitz@maselaw.com
CHARLOTTE A. ROBINSON
Florida Bar No. 1039863
crobinson@maselaw.com

/s/ *Carlyle G. Varlack, Esq.*
Carlyle Varlack
Law Offices of Carlyle Varlack
1999 S. Bascom Avenue, Suite 700
Campbell, CA 95008
carlylevarlack@hotmail.com